IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES HUMPHREY,

    Plaintiff,                             CV F 01 5020 REC  WMW  P

  vs.                                   <u>ORDER</u>

C. R. WILLIAMS, et al.,

    Defendants.

      Plaintiff has filed a status report in compliance with an earlier order directing him to do so. Plaintiff has not, however, included a certificate of service of his status report. After defendants have appeared in an action by filing a pleading responsive to the complaint, all documents filed with the court must include a certificate of service stating that a copy of the document was served on the opposing party. <u>See</u> F.R.C.P. 5; Local Rule 5-135. Accordingly, IT IS HEREBY ORDERED that:

      1. The status report filed on August 11, 2005, is stricken.

      2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a status report, along with a certificate of service. Defendant's status report is due thirty days from the date of service of plaintiff's status report.

1

IT IS SO ORDERED.

**Dated:  August 18, 2005**          /s/  **William M. Wunderlich**
mmkd34                    UNITED STATES MAGISTRATE JUDGE